IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01829–EWN–CBS

LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

    Plaintiff,

v.

LIEBERT CORPORATION, an Ohio company, and
STILLWELL-HANSEN INC., a New Jersey company,

    Defendants.

---

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Joint Motion for Clarification of Trial Date" filed October 17, 2005, is GRANTED. Trial will commence January 3, 2006.

Dated: November 7, 2005