IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 03-cv-01829-EWN-CBS

LEVEL 3 COMMUNICATIONS,

      Plaintiff,

v.

LIEBERT CORPORATION; and
STILLWELL-HANSEN, INC.,

      Defendants.

---

### ORDER EXCLUDING WITNESSES

---

It is

**ORDERED** as follows:

1.     All persons who expect to be called as witnesses in the case of *Level 3 Communications v. Liebert Corporation and Stillwell-Hansen, Inc.*, Civil Action No. 03-cv-01829-EWN-CBS, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

2.     No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

Dated this 17th day of January, 2006.

BY THE COURT:

*[signature]*

EDWARD W. NOTTINGHAM
United States District Judge