IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01829-EWN-CBS

LEVEL 3 COMMUNICATIONS, a Delaware
Limited Liability Company,

                                              Plaintiff,

v.

LIEBERT CORPORATION, an Ohio company, and
STILLWELL-HANSEN INC., a New Jersey company,

                                              Defendants.

---

### ORDER REGARDING
### DEFENDANTS' MOTION FOR STAY PENDING APPEAL AND
### FOR APPROVAL OF SUPERSEDEAS BOND

---

THIS MATTER comes before the Court upon **DEFENDANTS' MOTION FOR STAY PENDING APPEAL AND FOR APPROVAL OF SUPERSEDEAS BOND**, and this Court, being duly advised in the premises, hereby

GRANTS Defendants' Motion and approves the Supersedeas Bond.

Dated: June 29, 2006.

                                                       SO ORDERED:

                                                       s/ Edward W. Nottingham
                                                     United States District Court Judge