IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-01829 -EWN-CBS

LEVEL 3 COMMUNICATIONS, LLC,
a Delaware limited liability company,

      Plaintiff,

v.

LIEBERT CORPORATION,
an Ohio company, and
STILLWELL-HANSEN, INC.,
a New Jersey company,

      Defendants.

---

# MINUTE ORDER

---

## ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

In light of the Mandate issued by the United States Court of Appeals for the Tenth Circuit (*doc. # 142)*, parties are instructed to submit updated confidential settlement statements on or before **October 17, 2008**.

Parties shall e-mail ONLY the Confidential Settlement Statement in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL additional settlement materials (i.e. deposition transcripts, exhibits) are to be submitted to the court as hard copies.  Counsel are directed to indicate in their email if they are submitting additional information for the court to read.  Any additional material shall be delivered to the office of the Clerk of the Court in an envelope marked "CONFIDENTIAL AND PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS".

**DATED:**      September 23, 2008