IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-01829-MSK-CBS

LEVEL 3 COMMUNICATIONS, a Delaware Limited Liability Company,

       Plaintiff,

v.

LIEBERT CORPORATION, an Ohio company;
STILLWELL-HANSEN, INC., a New Jersey company,

       Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **November 17, 2008,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to set this matter for trial

    Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

    DATED this 6th day of November, 2008.

                                                 **BY THE COURT:**

                                                 *Marcia S. Krieger*
                                                 _____

                                                 Marcia S. Krieger
                                                 United States District Judge