IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-01829 -MSK-CBS

LEVEL 3 COMMUNICATIONS, LLC,
a Delaware limited liability company,

    Plaintiff,

v.

LIEBERT CORPORATION,
an Ohio company, and
STILLWELL-HANSEN, INC.,
a New Jersey company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion for Withdrawal of Jenna D. Allen [filed November 25, 2008; doc. 152] is **GRANTED**. Jenna D. Allen is hereby withdrawn from this case and shall be removed from all future ECF filings and notifications in this case.

**DATED:**    November 25, 2008