**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-CV-01829-MSK-CBS

LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company,

    Plaintiff,

vs.

LIEBERT CORPORATION, an Ohio company, and
STILLWELL-HANSEN, INC., a New Jersey company,

    Defendants.

# ORDER REOPENING CASE FOR ENTRY OF DISMISSAL WITH PREJUDICE

The parties' Joint Motion To Reopen Case To Enter Stipulated Voluntary Dismissal With Prejudice coming before the Court, and good cause appearing, it is hereby ORDERED that this case is reopened and dismissed, with prejudice, each party to pay its own attorneys' fees and costs.

Dated this 17th day of April, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge